842 F.2d 1290
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Alvin Lee GREGORY, Plaintiff-Appellant,
v.
CITY OF CHARLESTON, a municipal corporation; Mary Kay
Baldwin; Jayne L. Empson, Deputy Clerk of the Municipal
Court of Charleston; Ed Leonard; Harvey Bush; Jack
Bishop; W.S. Gammon, Detective, Charleston Police
Department; Robert B. King and Forrest H. Roles, Attorneys
at Law, Defendants-Appellees.
 No. 87-6605.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 24, 1988.
Decided March 14, 1988.
 
 Alvin Lee Gregory, appellant pro se.
 Jacquelyn Irwin Custer, King, Betts & Allen, for appellees.
 Before DONALD RUSSELL, SPROUSE and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 A review of the record and the district court's opinion discloses that this appeal from its order denying relief under 42 U.S.C. Sec. 1983 is without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. Gregory v. City of Charleston, C/A No. 2:87-843 (S.D.W.Va. July 24, 1987).
 
 
 2
 AFFIRMED.